Gil W. JONES, Plaintiff—Appellant,

v.

State of MARYLAND STATE'S
ATTORNEY OFFICE,
Defendant—Appellee.

No. 11–1274.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 26, 2011.

Decided: May 31, 2011.

Gil W. Jones, Appellant Pro Se.

Before KING, SHEDD, and DIAZ,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Gil W. Jones appeals the district court's
order dismissing without prejudice his civil
complaint for lack of subject matter juris-
diction. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Jones v. Md. State's Attorney
Office,* No. 1:10–cv–03427–BEL (D.Md.
Mar. 8, 2011). We dispense with oral ar-
gument because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*AFFIRMED.*